JS - 6
**E-FILED: 12-13-10**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Elizabeth Barrett* | CASE NO. CV 10-2789-GHK (VBKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *State of California, et al.* | |
| Defendants. | |

Pursuant to the Court's October 21, 2010, December 6, 2010, and December 13, 2010 Orders, IT IS HEREBY ADJUDGED that Plaintiff Elizabeth Barrett's ("Plaintiff") claims against Defendants State of California, Sharon Smith Nevins and Arnold Schwarzenegger are **DISMISSED with prejudice**. Plaintiff's claims against Defendants Stephen W. Mayberg and Anne Strausboll are **DISMISSED without prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: December 13, 2010

_____
GEORGE H. KING
United States District Judge